IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02557-BNB

KATHERINE FISHER,

Plaintiff,

v.

LARRY REID,
OFFICER VALDEZ,
ASSOCIATE WARDEN WASCKO,
JOHN DOES I THROUGH X, and
JANE DOES I THROUGH X,

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 23 2008

GREGORY C. LANGHAM
                    CLERK

---

### ORDER DRAWING CASE

---

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED December 23, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02557-BNB

Nichole Martinez
c/o K. Fisher
820 Merganser Drive, #1601
Fort Collins, CO 80524

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 12/23/08

GREGORY C. LANGHAM, CLERK

By: _____
           Deputy Clerk